# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **MICHELE SCHOLS** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Case No. 4:12cv146 |
| | § | |
| **MICHELL KIMBALL** | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On April 27, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant and Third-Party Plaintiff Michell Anne Kimball's Motion for Remand (Dkt. 10) be GRANTED and this case be remanded to the 59th Judicial District Court of Grayson County, Texas for further proceedings.

The court has made a *de novo* review of the objections raised by Third-Party Defendant Hicks and Defendant as well as Third-Party Plaintiff's Kimball's Response and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit as to the ultimate findings of the Magistrate Judge. The court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

1

Therefore, Defendant and Third-Party Plaintiff Michell Anne Kimball's Motion for Remand (Dkt. 10) is GRANTED and this case shall be remanded to the 59th Judicial District Court of Grayson County, Texas for further proceedings.

**IT IS SO ORDERED.**

**SIGNED this the 7th day of September, 2012.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE